UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CR00388 ERW |
| ) | |
| JOSHUA J. TYREE, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $1,500.00 to the surety of record.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

Dated this 19th day of February, 2009.

**********************************************************************
VERIFICATION OF DEFENDANT'S STATUS
(to be completed by the district Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern district of Missouri. I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 19th day of February, 2009.

/s/ Cynthia Kornberger
Deputy Clerk